06-781

Civil Docket For Case # 1198-cr-00682-GMS

Harris v Snyder                                    Date Filed 12-7-06

Assigned to: Honorable Gregory M. Sleet            Jury Demand yes

Demand 15,000 a Day 1991 Now until Concurrance     Nature of Suit

Cause 28:2254 Petition For habeas Corpus           Habeas Corpus

Jurisdiction: Federal Question

Petitioner
Warren L. Harris                    Warren L. Harris
Civil Case                          00162299
                                    Delaware Correctional Center
                                    1181 Paddock Road
                                    Smyrna Del 19977

V

Respondent
Robert E. Snyder                    Thomas E. Brown
                                    Department of Justice
                                    820 N. French St.
                                    Wilmington Del 19801

FILED
NOV 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned
no IFP

Civil Docket For Case #1:98-CV-00682-GMS
U.S. District Court

Gregory M. Sleet                    Warren Lee Harris
Civil Case          Civil Case      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 Patent 0259
         New claims of merits   00-112299-SBI   12-7-06
Mandatory Sentance Appealability of Miranda-rights 4,5, Amendment
Double Jeopardy of Sentance of note Waiving Indictment or
araignment of merits claims bury court docket.
Lawsuit on merits of indictment of 28-USC-2254 Habeas corpus
Amenment of the 14,15,16,17,18, Amenment Del code

d Warren Lee Harris With new claims of Medicare Meds. of
prescribing new older experamenting Drugs paid to note Having
a State Mental Evaluation of 45 days Untill 180 days due to
Mental Stress am Sueing for 15,000 Dollars a day from 11-9-91
Continue now Concurance.

1. P.S. Judge Superior court Georgetown Delaware Henry T. Graves
2. Lawyer Steve Callaway
3. Warren Lee Harris Sentance 1992 May 22 Bey Judge Henry Graves
4. Sentance order 24 years 1 year Probation
5. Modification of Sentance 72 months Programs anger Management
6. Judge Sentance me to 18 months of groups of Key Program

              Petitioner
              Warren L. Harris

                    ✓

              Respondent
              Robert F. Snyder

Civil Case

Civil Docket For Case #1:98-cv-00682-GMS
U.S. District Court
Dover Air Force Base    Civil case    Warren Lee Harris
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 Patient 0259
00-162299-SIF    12-7-06

Dear commanding officer

I Warren Lee Harris in Being experament medicine Since 1991. commanding officer I Sueing for Mental Damage of Stress Vulgar/abusive threating Language for mandatairy for a none parcible med prescribe Buy not a judge just Demalesis. I am under oath as I am reading this letter I never confront my accusser I need for you to investigate my oppose Sentance I never had addictment, Discovery, preliminary or arrangment. Sir am president Bush right Hand man am not terrist threat or World of Distruction am a Halstage Situtuon on Society Notiterrist threat. Sir am being taking Halstage for in Vain of a charge that was antiterrist a tribulation. Sir I would like to tak over Where my Brother Ollie Harris junior exported in The army Drafted in 1972 army He was a E-7 Sergeant His Last Station was in West Virginia

P.S
1. Judge Super Court Georgetown Delaware Henry T. Graves
2 Lawyer Steve calloway
3 Warren Lee Harris Sentance 1992 May 22 Buy Judge Henry T Graves
4 Sentance older 24 year 1 year Probation
5 Modifacation of 12 months program Anger Management
6 Judge Sentance me to 18 Months of groups Key Program

IM Warren Lee Harris: Senior
SBI# 165299 UNIT 17-A L/11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office Of the Clerk
United States District Court
844 N. King Street Lockbox-18
Wilmington, Delaware
19801-3570

*Civil Docket for case # filed 11/30/2006 - GMS*
*U.S. District Court*

FORM #585

MEDICAL GRIEVANCE

*civil case*

FACILITY: Goldburge + Rubin, P.C. Friends    DATE SUBMITTED: 11-7-06 - 12-7-06
INMATE'S NAME: Warren Lee Harrin    SBI#: 00-162299
HOUSING UNIT: 23-C-V-1 Code 0259    CASE #: 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-162299

---

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 10-4-91 Now 11-7-06 Date Summited up Date 12-7-06 Code 0259 SSI

TYPE OF MEDICAL PROBLEM:

Sir I Warren Lee Harrin is Sypeana my records from Sussex correctional Institution for malpractice and Delaware correctional center enerfactivex 22th for malpractice for experimenting new class drugs nom prescribed drug Such as Thorazine, Holadol, Prilixon, cogintine, Dietaing-exido pills Advil. Sir Am Sueing for mental Stress abusive Beating and Vulgar threating Launguage for a Drug nom prescribed drug for pretrial experimenting prior to conviction it Was Bade on prejudice prior to conviction. Am Also Sueing for enhumanair condition prior to restriction you are force to Stay Naked and put in a Pink crown and Steele Bed and a Hole in the floor for Poo- to Be fluste by a Botton on the outside class

GRIEVANT'S SIGNATURE: Warren Lee Harrin    DATE: 11-7-06

ACTION REQUESTED BY GRIEVANT: From 10-4-91 my tawsuite is 15,000 dollars a day late & now 11-7-06 Sypeana all records of medical and pretrial. I like all records from Sussex correctional Institution from pretail and from now Delaware correctin Center to Be transfered to your fire for pla Bran

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

*Civil case*

*Civil Docket for Case #1:98-cv-00000-GMS*
*U.S. District Court*

*Patient Code 0259*
*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 Lawsuit*

FORM #584

## GRIEVANCE FORM

FACILITY: _Presidence Bush_          DATE: _8-4-06  up Date Summited 12-7-06_

GRIEVANT'S NAME: _Warren Lee Harris Sinc_   SBI#: _00-162299_

CASE#: _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_          TIME OF INCIDENT: _Now_

HOUSING UNIT: _MHU-SNU-0259_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Dear Sir I Warren Lee Harris 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 is Suing D.C.C. and S.C.I Prison for malpractice upon note taking prescribed meds. you are Stripid naked and put in a pink Unhumain com conditions of a Steele Bed and a Hole in the floor for none flush. commanding officers am Suing for Mental Damage of Stress Vulgar/Abusive threating Language for Mandatory for a None prescribed meds not prescribed Buy note a judge just Because my Lawsuit is 1,500 dollars a day from 1992 May 22 365 days in a year, Counter Suit for anyone Slandering or judging me without evidence of proof of conviction 30,000 each person

ACTION REQUESTED BY GRIEVANT: _1,500 dollar a day for prescribed Drugs of malpractice. The drugs that are prescribed was not court order it was malpractice Buy jail house doctor Beonnes. Hm Also Puting a counter lawsuit because am Being Monter for any one contacting you will his 30,000 each person._

GRIEVANT'S SIGNATURE: _Warren Lee Harris_          DATE: _8-4-06 up Date Summited 12-7-06_

WAS AN INFORMAL RESOLUTION ACCEPTED?     ____(YES)   ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____          DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

*Civil Docket for case # 1:98-cr-50682-GMS*
*U.S. District Court*

FORM #585

*Civil case*

## MEDICAL GRIEVANCE

FACILITY: *President Bush*        DATE SUBMITTED: *8-7-06 – 12-7-06*

INMATE'S NAME: *Warren Lee Harris*        SBI#: *00-162299*

HOUSING UNIT: *23-C-L-8 Code 0259*        CASE #: *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*
*23-C-V-1 Same Person*

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: *Code 0259 - 1991 - 2006 Date submitted up Date 12-7-06*

TYPE OF MEDICAL PROBLEM:

*Sir I Warren Lee Harris is Suepena my records from Sussex correctional Institution for malpractice and Delaware correctional center inaffective Doctor for experimenting new older drugs none prescribe drugs such as Thorazine, Haldol, Prolixin, cogentine, dietary, aside, pills adevil. Sir am Sueing for mental strem abusive beating and vulgar abuseing language for a judge drug none prescribe drug for pretrial experiamenting prior to conviction it was base on prejudice prior to conviction. Am also Sueing for malpractice of unhumane condion prior to not taking none prescribed pill you are stayes away put in Steel Bed and a hole in the floor for pow flush by a batton on the outside of door*

GRIEVANT'S SIGNATURE: *Warren Lee Harris*        DATE: *8-7-06 Up Date Submited 12-7-06*

ACTION REQUESTED BY GRIEVANT: *From 10-4-91 my lawsuit is 15,000 a day from 91-06 for Suepena all record from pretrial untill now I wasent in the right frame of mine prior to conviction. the case was motivated of Subject Subjection of a dayroir concealed Hearsay Please investigate my Sentence*

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

*Civil Docket For Case # 1:98-cv-00681-GMS*
*U.S. District Court*

FORM #585

*Civil case*

## MEDICAL GRIEVANCE

FACILITY: *Gregory M. Sleet*   DATE SUBMITTED: *12-7-06*

INMATE'S NAME: *Warren Lee Harris*   SBI#: *0-162299-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*

HOUSING UNIT: *17-A-L-11 Same Person moved Station*   CASE #: *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 Now*

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: *10-4-91 Now 12-7-06 Date Submitted Code 0259*

TYPE OF MEDICAL PROBLEM:

*Dear Gregory M. Sleet & Warren Lee Harris is Being Experimented on Buy Medicine Since 1991. Mr. Sleet am Suing for 15,000 Dollars a day for not having a State Hospital Mental Evaluation 45 days to 180 days am Suing for Mental Damages of Stress Vulgar/abusive threating Language and Secal Harassment I am under oath as I am reading this letter I never confess my accuses I need for you to investigate my oppose Sentence I never had Indictment arrangement Discovery nor preliminary Hearing. See on president Bush right Hand man on Trial that he would of Distructive am a Hostage Situation on Society Intitleured Inmates Must Mandating Sentence Appealability of Maranda right reserve rights*

GRIEVANT'S SIGNATURE: *Warren Lee Harris*   DATE: *12-7-06*

ACTION REQUESTED BY GRIEVANT: *Suing for 15,000 Dollar a day for pretrial of Conviction that was base on prejudice of a oppose Sentence of judge Henry T. Beaver Voilating Maranda rights 4,5 amenment of Double Trajardy of Sentence of not Waiving Indictment and arrangement of merits claims buy court Docket*

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

*civil case*

## GOLDBERGER & DUBIN, P.C.

ATTORNEYS AT LAW
401 BROADWAY, NEW YORK, NY 10013
(212) 431-9380
FAX (212) 966-0588
E-MAIL: GND401@AOL.COM
http://www.ny-attorney.com

PAUL A. GOLDBERGER†
LAWRENCE A. DUBIN†*
DAVID M. COLGAN†
STACEY VAN MALDEN†*◻ (of Counsel)

†MEMBER OF NY BAR
*MEMBER OF NJ BAR
◻MEMBER OF FL BAR

November 3, 2006

Mr. Warren Lu Harris (#00-162299)
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Harris:

We are writing to inform you that we are in receipt of your recent correspondence.

We are writing to inform you that we will not be able to assist you in this matter.

Enclosed please find all of the documents which you mailed to our attention.

Thank you for considering our law firm.

Sincerely,

DAVID M. COLGAN, ESQ.

DMC/Hutchinson

New Claim 32-1        1-13-07

Katrina B. Blango
Yasmine Blango
Dunbarton Oak Apt 302
Georgetown Delaware 19947

Warren L. Harris AKA
Toron Blango 00162299
Sussex Correctional Center
1181 Paddock Road
Smyrna Delaware 19977



Petitioner Plaintiff
Warren L. Harris AKA Toron Blango
Katrina B. Blango
Yasmine Blango
Public Defender
State Of Delaware

Civil Action 781-GMS
BD scanned

I The Clerk Sapeana Warren L. Harris AKA Toron Blango 00162299-23-C-U-1 and Sussex Correctional Center all record to the Court For Further Evaulation For open Case Investigation

V.S.

Robert E. Snyder
Defendant

I The Clerk Sapeana Katrina B. Blango and Dauther Yasmine Blango With Plaintiff Petitioner Warren Lee Harris AKA Toron Blango 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-23-C-U-1 00162299
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware A801-3570

1-13-07    New Claims         23-C-V-1 00112299 Pro Se
Office Of The Clerk           Warren Lee Harris AKA Toron
                                                      Blango
United States District Court   Sussex Correctional Center
844. N King Street Lockbox 18  1181 Paddock Road
Wilmington, Del 19801-3570     Smyrna Del 19977

Dear Clerk   32-1

I Plaintiff Warren Lee Harris AKA Toron Blango 23-C-V-1 SBI 00162299 Pro Se Litigant who presently incarcerated has Filed This proceed IN Forma pauperis to U.S.C. 1983 and has requested leave to pursuant to 28 U.S.C. 1915. I Warren Lee Harris Toron Blango is under oath ass you are reading This letter. I Never Confront my accusser I Need for you to investigate Robert R. Snyder of a oppose Sentance of Trivena professing gyotesmestic projetive aggressor of Strife of perversatik alleagation Conviction of Confession. For New Claims of prore of Evidance of a Warrant False inprisonment of illeagile Search and Seagere Serrallance of monitering violating Maranda right 4,5, amenment Double Tejeardy of False inprisonment of amenment past Conviction 14, 15, 16, 17, 18, Conviction. I Warren Lee Harris AKA Toron
                                                                                          Done
Blango is Sapeona Exzibite A Court Docket proving of a None Whiring of Indictment and arrangement reserve rights of Indigants pro Se I Warren Lee Harris is Counter Sueing For $800.000 dollars a day for each person of alleagation of Commitment of a crime of prore of Evidance

New Claims                                  1-13-07

of anyone That is Claiming allcagation of a witness, I Sapeona Robert E. Snyder and Sexal Harrashment of The Guards for violating my maranda reserve rights of submission of false inpesonment of a conriction. Am Sapeana all write up of Disora by mis Conduct in each prison am sueing for $15.000 Dollars a day from 1991-Now for Monitering Serrillance illeagile serch seagere of opposc Sentance of predjucce

I/M Warren Lee Harris A/K/A Goron Blango

SBI# 00416298   UNIT 23-L-01

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Legal Mail
32-1

SOUTH JERSEY NJ 080   1-13-07
13 JAN 2007 PM 3 L

U.S.M.S.
X-RAY

Office Of The Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Del
                    19801-3570