# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

06-781

TO: _Warren Harris_   SBI#: _162299_

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   _November 16, 2006_

**FILED**
**NOV 30 2006**
**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

BD scanned

Attached are copies of your inmate account statement for the months of _May 1, 2006_ to _October 31, 2006_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| May | 0 |
| June | 0 |
| July | 0 |
| Aug | 0 |
| Sept | 0 |
| Oct | 8.90 |

Average daily balances/6 months: _1.48_

Attachments
CC: File

_Stacy Shane_
11/16/06

# Individual Statement

Date Printed: 11/15/2006

Page 1 of 1

## For Month of October 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00162299 | Harris | Warren | L | | | |

Current Location: 23    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 10/2/2006 | $20.00 | $0.00 | $0.00 | $20.00 | 326957 | 10576270495 | | M. HARRIS |
| Medical | 10/6/2006 | $0.00 | ($6.00) | $0.00 | $20.00 | 329301 | | 9/25/06 | |
| Medical | 10/6/2006 | ($6.00) | $0.00 | $0.00 | $14.00 | 329569 | | 9/25/06 | |
| Supplies-MailP | 10/13/2006 | $0.00 | $0.00 | ($3.31) | $14.00 | 332107 | | INDIGENT 10/5/06 | |
| Pay-To | 10/20/2006 | ($0.55) | $0.00 | $0.00 | $13.45 | 335260 | | DST/POSTAGE | |
| Supplies-MailP | 10/20/2006 | ($3.97) | $0.00 | $0.00 | $9.48 | 335325 | | 5/31/05 | |
| Supplies-MailP | 10/20/2006 | ($3.97) | $0.00 | $0.00 | $5.51 | 335324 | | 5/31/05 | |
| Supplies-MailP | 10/20/2006 | ($3.41) | $0.00 | $0.00 | $2.10 | 335682 | | INDIGENT 7/6/06 | |
| Supplies-MailP | 10/20/2006 | ($2.10) | $0.00 | ($1.34) | $0.00 | 335726 | | INDIGENT 8/2/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($20.00)

## Individual Statement - No Transactions This Month

Date Printed: 11/15/2006             Page 1 of 1

### For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00162299 | Harris | Warren | L | | |
| Current Location: 23 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($20.00)

# Individual Statement

Date Printed: 11/15/2006

Page 1 of 1

## For Month of June 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00162299 | Harris | Warren | L | | | |
| Current Location: | 23 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 6/27/2006 | $0.00 | $0.00 | $0.00 | $0.00 | 284051 | | | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($20.00)

# Individual Statement

Date Printed: 11/15/2006

## For Month of July 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00162299 | Harris | Warren | L | | $0.00 |

Current Location: 23    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 7/13/2006 | $0.00 | $0.00 | ($3.41) | $0.00 | 291434 | | INDIGENT 7/6/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($20.00)

# Individual Statement

Date Printed: 11/15/2006

Page 1 of 1

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00162299 | Harris | Warren | L | | $0.00 |

Current Location: 23    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($3.44) | $0.00 | 303848 | | INDIGENT 8/2/06 | |
| Supplies-MailP | 8/10/2006 | $0.00 | $0.00 | ($7.56) | $0.00 | 304729 | | 6/26/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($20.00)

# Individual Statement

Date Printed: 11/15/2006

## For Month of September 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00162299 | Harris | Warren | L | | $0.00 |

Current Location: 23    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 323217 | | INDIGENT 9/7/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($20.00)

# Individual Statement

Date Printed: 11/15/2006                                                                                      Page 1 of 1

## For Month of October 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00162299 | Harris | Warren | L | | $0.00 |

Current Location: 23    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 10/2/2006 | $20.00 | $0.00 | $0.00 | $20.00 | 326957 | 10576270495 | | M. HARRIS |
| Medical | 10/6/2006 | $0.00 | ($6.00) | $0.00 | $20.00 | 329301 | | 9/25/06 | |
| Medical | 10/6/2006 | ($6.00) | $0.00 | $0.00 | $14.00 | 329569 | | 9/25/06 | |
| Supplies-MailP | 10/13/2006 | $0.00 | $0.00 | ($3.31) | $14.00 | 332107 | | INDIGENT 10/5/06 | |
| Pay-To | 10/20/2006 | ($0.55) | $0.00 | $0.00 | $13.45 | 335260 | | DST/POSTAGE | |
| Supplies-MailP | 10/20/2006 | ($3.97) | $0.00 | $0.00 | $9.48 | 335325 | | 5/31/05 | |
| Supplies-MailP | 10/20/2006 | ($3.97) | $0.00 | $0.00 | $5.51 | 335324 | | 5/31/05 | |
| Supplies-MailP | 10/20/2006 | ($3.41) | $0.00 | $0.00 | $2.10 | 335682 | | INDIGENT 7/6/06 | |
| Supplies-MailP | 10/20/2006 | ($2.10) | $0.00 | ($1.34) | $0.00 | 335726 | | INDIGENT 8/2/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($20.00)

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Warren Harris_   SBI#: _162299_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _November 16, 2006_

---

Attached are copies of your inmate account statement for the months of _May 1, 2006_ to _October 31, 2006_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| May | 0 |
| June | 0 |
| July | 0 |
| Aug | 0 |
| Sept | 0 |
| Oct | 8.90 |

Average daily balances/6 months: _1.48_

Attachments
CC: File

_Stacy Shane_
11/16/06

## Individual Statement - No Transactions This Month

Date Printed: 11/15/2006                                                                 Page 1 of 1

### For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00162299 | Harris | Warren | L | | |

**Current Location:** 23

| Source | Date | Deposit or Withdrawal Amount | Medieal Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($20.00)

# Individual Statement

Date Printed: 11/15/2006

Page 1 of 1

## For Month of June 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00162299 | Harris | Warren | L | | | |

Current Location: 23

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 6/27/2006 | $0.00 | $0.00 | $0.00 | $0.00 | 284051 | | | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($20.00)

# Individual Statement

Date Printed: 11/15/2006                                                                 Page 1 of 1

## For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00162299 | Harris | Warren | L | | | |

Current Location: 23                 Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 7/13/2006 | $0.00 | $0.00 | ($3.41) | $0.00 | 291434 | | INDIGENT 7/6/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($20.00)

**Individual Statement**

Date Printed: 11/15/2006

Page 1 of 1

**For Month of August 2006**

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00162299 | Harris | Warren | L | | | |

Current Location: 23    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($3.44) | $0.00 | 303848 | | INDIGENT 8/2/06 | |
| Supplies-MailP | 8/10/2006 | $0.00 | $0.00 | ($7.56) | $0.00 | 304729 | | 6/26/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($20.00)

# Individual Statement

Date Printed: 11/15/2006

## For Month of September 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00162299 | Harris | Warren | L | | | |

Current Location: 23   Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 323217 | | INDIGENT 9/7/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($20.00)