IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARREN L. HARRIS, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 06-781 GMS |
| ROBERT E. SNYDER, | ) |
|     Defendant. | ) |

**AUTHORIZATION**

I, Warren L. Harris, SBI #00162299 request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated January 4, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: January 5th 2007, 2006.



Warren Lee Harris AKA Toron Blango
Signature of Plaintiff

FILED
JAN -8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned