Date 1-5-2007

Office Of The Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware
19801-3570

Warren L. Harris AKA Bhango
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Warren L. Harris
AKA
Jovon Bhango
00-162299

V

Order

Motion For Bail reduction

Civil Action No. 06-781 GMS

REDACTED

FILED
JAN -8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

Dear Clerk Of The Court I Warren L. Harris request that the Court Has Permission To deduct From Social Security From Account SSI 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 The Full amount of $350.00 or Welfare income deduction

Date 1-5-2007

Office Of The Clerk
United States District Court
844 N King Street Lockbox 18
Wilmington, Delaware 19801-3570

Warren L. Harris AKA Toron Blango
00-162299 - 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

Civil Action No. 06-781 GMS

Dear Clerk

    I Warren L. Harris AKA Toron Blango is requesting Bail reduction of a Granted Submission of Forma pauperis Pursuant of The Court. Am requesting that The Court Has Permission To Deduct From Social Security From Account SSI The Charge amount of $350.00 or Warefare ENCO Representing The Forma pauperis INDENTGENT

Claim Merits

Dear Clerk
    I Warren Lee Harris Base on Granted Civil Action No. 06-781 Gms 28 U.S.C Forma Pauperis is Jeopardised Twise on a Double Jeopardy Granted Case am requesting That This Case The Court Shall Dismiss The Case is Frivolous and Fails To Sta Claim upon which relief may Be Granted. The Case is Double Jeopardy base on Prejudice

requesting Bail reduction