IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARREN L. HARRIS,            )<br>                              )<br>        Plaintiff,            )<br>                              )<br> v.                           ) Civ. No. 06-781-GMS<br>                              )<br>ROBERT E. SNYDER,             )<br>                              )<br>        Defendant.            ) | |

**O R D E R**

WHEREAS, the plaintiff, Warren L. Harris, filed a complaint on November 30, 2006 (D.I. 1);

WHEREAS, on February 12, 2007, an order was entered dismissing the complaint and giving the plaintiff leave to amend the complaint within thirty days from the date of the order or the case would be closed (D.I. 8);

WHEREAS, to date an amended complaint has not been filed;

THEREFORE, at Wilmington this 22nd day of March, 2007, IT IS ORDERED that the case is closed for failure to file an amended complaint.

UNITED STATES DISTRICT JUDGE



FILED

MAR 22 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE