06781

From Warren To Clark Court
U.S. District Court Clark
844 N King Street
Wilmington Delaware
19801

From Warren Lee Harris
Delaware Correctional Center
1181 Paddock Road
Smyrna Delaware
19977

PATIENT 0259

CIVIL      APPEAL
      VS
State   Delaware



FILED
DEC 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Patient 0259 Civil Appeal

State OF Delaware V.S State    06-781

12.17.2007

Public Defender
Warren Lee. Harris
Katrina Beatty Bhango
Yasmine Bhango
Jaron Bhango

Civil Appeal
State V.S State Delaware

State Prosecuter
Robert Snyder Warden

Dear Chark I Warren Lee. Harris 00162299 Would like To reinstate Claim Prior Court Docket and med and Conviction reconition Civil Appeal I Warren like To Post Bail After Judge Hearing Chark Of The Court Misrepresentation Enactfailure assistance Councile By Chark Filling For reapresentation assistance Councile Public Defender Constatutional Error Grounds reinstate my claim new Medical Grounds Prior Court Docket and med and conviction reconition Error Senuatation reason of Doubt If Party does not Show up For Sapoena all party that is written down I Pronuence That This Case Be Denied and Thron out of Court Effectively, I 00162299 Sapoena These party For my reinstate Claim Febury 12 2007, I Warren was granted Bare Trail granted Case But Never Showed up For my hearing of Civil appeal, This is my Civil Appeal

Chark Of Court Please Pull File From Febury 12 2007 as you can See I Were granted Bail Bond Prior From are Turn Conviction as you can See I Need your Help For reaprecentation assitance Councile For Public Defender represent reconvition Court Sapoena Robert Snyder,
Warren Lee Harris
Katrina Bhango

