IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARREN L. HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-781-GMS |
| | ) |
| ROBERT E. SNYDER, | ) |
| | ) |
| Defendant. | ) |

### ORDER

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on February 12, 2007, the court entered an order dismissing the plaintiff's complaint and giving him leave to file an amended complaint within thirty days from the date of the order or the case would be closed (D.I. 8);

WHEREAS, the time lapsed, the plaintiff did not file an amended complaint, and the case was closed for failure to file an amended complaint (D.I. 9);

WHEREAS, on December 19, 2007, the plaintiff filed a motion to reopen the case (D.I. 10);

THEREFORE, at Wilmington this 16th day of May, 2008, IT IS HEREBY ORDERED that

1. The motion to reopen (D.I. 10) is **granted**.

2. The clerk of the court shall **reopen** this action.

3. Within **twenty days** from the date of this order, the plaintiff shall file an amended complaint on as to the medical needs issue. **Failure to timely comply with this order shall**

result in dismissal of this case.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

