IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARREN L. HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-781-GMS |
| | ) |
| ROBERT E. SNYDER, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

WHEREAS, the plaintiff, Warren L. Harris ("Harris"), filed a complaint on November 30, 2006 (D.I. 1);

WHEREAS, on February 12, 2007, an order was entered dismissing the complaint and giving Harris leave to amend the complaint within thirty days from the date of the order or the case would be closed (D.I. 8);

WHEREAS, the case was closed on March 22, 2007 for failure to file an amended complaint (D.I. 9);

WHEREAS, on December 19, 2007, Harris filed a motion to reopen the case and the motion was granted (D.I. 10, 11);

WHEREAS, Harris was given twenty days from May 16, 2008, to file an amended complaint or the case would be closed (D.I. 11);

WHEREAS, once again, Harris did not comply with the court's order and he failed to file an amended complaint;

THEREFORE, at Wilmington this 16th day of June, 2008, IT IS

ORDERED that the case is closed for failure to file an amended complaint.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
JUN 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE